FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

MAY 1 6 2006

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JODY SHEA, | :: | CIVIL ACTION NO. |
| Inmate # 992204457, | :: | 1:05-CV-2574-TWT |
| Plaintiff, | :: | |
| | :: | |
| v. | :: | |
| | :: | |
| OFFICER RICK HERNDON, | :: | PRISONER CIVIL RIGHTS |
| # 831, Gwinnett Police, | :: | 42 U.S.C. § 1983 |
| Defendant. | :: | |

## ORDER AND OPINION

On March 15, 2006, Plaintiff filed a motion for appointment of counsel. [Doc. 9.] On May 1, 2006, the Clerk of this Court entered on the docket the Court's Order denying that motion and mailed a copy of the Order to Plaintiff. [Doc. 12.] On May 9, 2006, that copy was returned as "undeliverable." [Unnumbered docket entry dated May 9, 2006.]

"The failure of counsel for a party or of a party proceeding pro se to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." N.D. Ga. R. 41.2(C). Plaintiff has failed to comply with Local

AO 72A
(Rev.8/82)

Rule 41.2(C) by failing to keep the Clerk informed of his current address, which failure has adversely affected the management of this case.

Accordingly, pursuant to Local Rule 41.2(C), N.D. Ga., the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 16 day of May, 2006.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)